UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TRAVELERS PROPERTY CASUALTY
CO. OF AMERICA a/s/o MATTHEW and
KIMBERLY ACEVEDO,

          Plaintiff,

v.

WHIRLPOOL CORPORATION,

          Defendant.

STIPULATION OF DISMISSAL

Civil Action No. 6:10-cv-01321(DNH/ATB)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 12, 2013

_____
P. David Twichell, Esq.
Attorneys for Plaintiff
Office and Post Office Address
441 S. Salina Street, Suite 290
Syracuse, New York 13202
(315) 424-7209

Dated: June 12, 2013

_____
Stephen T. Helmer, Esq.
Mackenzie Hughes LLP
Attorneys for Defendant
Office and Post Office Address
101 South Salina Street
PO Box 4967
Syracuse, New York 13221
(315) 474-7571

SO ORDERED:

Dated: 6/13/13 _____, New York

_____
United States District/Magistrate Judge